**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Carlos Lopez and Ramiro Rojas Meza, *on behalf of themselves and others similarly situated*, | 1:25-cv-05318 (VSB) (SDA) |
| Plaintiffs, | <u>RULE 502(d) ORDER</u> |
| -against- | |
| Angeletto 2nd Ave, Inc. d/b/a Angeletto Restaurant, et al., | |
| Defendants. | |

**STEWART D. AARON, United States Magistrate Judge:**

It is hereby ORDERED as follows:

1. The production of privileged or work-product protected documents, electronically stored information ("ESI") or other information, whether inadvertent or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

2. Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or other information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

**SO ORDERED.**

Dated:     New York, New York
           November 25, 2025

_____
STEWART D. AARON
United States Magistrate Judge