UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                          :

CARLOS LOPEZ and RAMIRO OMAR     :
ROJAS MEZA, on behalf of themselves and  :
others similarly situated,               :

                                   :            25-CV-5318 (VSB)

                      Plaintiffs,  :

                                   :               **<u>ORDER</u>**

                  -against-      :

                                   :

ANGELETTO 2nd AVE. INC. d/b/a       :
ANGELETTO RESTAURANT, *et al.*,    :

                                   :

                  Defendants.  :

                                   :
------------------------------------------------------------ X

<u>VERNON S. BRODERICK, United States District Judge</u>:

      Plaintiffs filed this action on June 26, 2025, (Doc. 1), and filed an affidavit of service indicating service of the Summons and Complaint on Defendant David Brungoli ("Brungoli") on September 17, 2025, (Doc. 10). The deadline for Brungoli to respond to Plaintiffs' complaint was October 3, 2025. To date, Brungoli has not appeared or responded to the complaint. Plaintiffs, however, have taken no action to prosecute this case against Brungoli.

      On November 13, 2025, I issued an order directing Plaintiffs to seek default judgment against Brungoli by December 5, 2025 and warned that if they "fail to do so or otherwise demonstrate that they intend to prosecute this litigation, I may dismiss this case against Brungoli for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b)." (Doc. 20.) Plaintiffs have not sought default judgment against Brungoli or otherwise demonstrated that they intend to prosecute this litigation against Brungoli.

      Accordingly, if Plaintiffs intend to seek a default judgment against Brungoli, they are directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than **January 7, 2026**. If Plaintiffs fail to do so or otherwise demonstrate that they

intend to prosecute this litigation against Brungoli, I will dismiss this case against Brungoli for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).  This is the final warning to Plaintiffs.

SO ORDERED.

Dated:    December 29, 2025
          New York, New York

VERNON S. BRODERICK
United States District Judge