**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **Carlos Lopez and Ramiro Rojas Meza,** *on behalf of themselves and others similarly situated*, | |
| **Plaintiffs,** | **1:25-cv-05318 (VSB) (SDA)** |
| **-against-** | **ORDER** |
| **Angeletto 2nd Ave, Inc. d/b/a Angeletto Restaurant, et al.,** | |
| **Defendants.** | |

**STEWART D. AARON, United States Magistrate Judge:**

Pursuant to the Case Management Plan (ECF No. 23), a joint letter regarding the status of discovery was due on Jan 26, 2026, but none was filed. In addition, a mediation conference was scheduled to occur on February 24, 2026. Accordingly, no later than Monday, March 9, 2026, the parties shall advise the Court on the status of this action in a joint letter.

**SO ORDERED.**

Dated:    New York, New York
          March 2, 2026

_____
STEWART D. AARON
United States Magistrate Judge