**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**Carlos Lopez and Ramiro Rojas Meza,** ***on behalf of themselves and others similarly situated,***

**Plaintiffs,**

**-against-**

**Angeletto 2nd Ave, Inc. d/b/a Angeletto Restaurant, et al.,**

**Defendants.**

**1:25-cv-05318 (VSB) (SDA)**

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

The parties shall file a joint letter regarding the status of discovery no later than Wednesday, October 28, 2026.

**SO ORDERED.**

Dated: New York, New York
September 1, 2026

Stewart d. Aaron

STEWART D. AARON
United States Magistrate Judge